MICHAEL G. CANNON, DEFENDANT IN ERROR, v. DELA-
WARE, LACKAWANNA AND WESTERN RAILROAD COM-
PANY, PLAINTIFF IN ERROR.

Argued November 29, 1911—Decided March 4, 1912.

On error to the Supreme Court, on review of a judgment
of the Warren Circuit Court.

The views of the Supreme Court are expressed in the fol-
lowing memorandum:

PER CURIAM.

This suit was brought by the plaintiff to recover damages
for injuries sustained by him while driving along a public
highway leading from Buttzville to Oxford. The injuries
resulted from the plaintiff being thrown from a wagon in
which he was riding, and this was caused by the running
away of the horse, which became frightened at a whistle
which was blown upon a locomotive engine of the defendant
company.

The case made by the plaintiff was that the engineer in
charge of the locomotive saw the plaintiff and the horse and
wagon; that as the horse got near the engine, the engineer
blew two long blasts of the whistle; that upon hearing the
whistle the horse started to run, and that the engineer then
blew two more blasts; that these blasts were excessively
loud, and unnecessarily so.

In support of the verdict it must be assumed that the jury
accepted the testimony of the plaintiff and his witnesses as
a correct description of the way in which the accident hap-
pened. On this theory the case is identical with that of
Bittle v. Camden and Atlantic Railroad Co., 26 Vroom 615.
The trial court so considered and refused either to direct a
nonsuit of the plaintiff, or a verdict in favor of the de-
fendant.

The only errors assigned and argued being directed at the refusal of these motions, the judgment under review will be affirmed.

For the plaintiff in error, *Maximilian M. Stallman.*

For the defendant in error, *William C. Gebhardt.*

PER CURIAM.

The judgment of the Supreme Court should be affirmed, for the reasons set forth in the above opinion delivered in that court.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE, PARKER, BERGEN, VOORHEES, KALISCH, BOGERT, VREDEN-BURGH, VROOM, CONGDON, WHITE, JJ. 12.

*For reversal*—None.